# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-2872 SMD | UNITED STATES vs. LOPEZ, JR. |
|---|---|

**Before The Honorable Damian L. Martínez, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | July 29, 2025 | Time In and Out: | 1:32-1:40; 3:19-3:31; 3:54-4:08 P.M. (26 MIN) |
| Clerk: | B. Wilson | Digital Recording: | LC-Sierra Blanca |
| Defendant: | JESUS GILBERT LOPEZ, JR. | Defendant's Counsel: | R. DEAN CLARK |
| AUSA: | JACKSON DERING | Interpreter: | N/A |

☐ Sworn
☐ Waived

- [x] Defendant Sworn
- [ ] First Appearance
- [x] Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- [x] Deft acknowledges receipt of: **Information**
- [x] If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- [x] Terms and conditions of proposed plea agreement explained.  [x] Defendant indicates understanding of its terms.
- [x] Factual predicate to sustain the plea provided.
- [x] Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- [x] Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- [x] Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- [x] Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- [x] Deft pleads GUILTY to: **Information**
- [x] Allocution by Deft on elements of charge(s).
- [x] Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- [x] Deft adjudged guilty.
- [x] Acceptance of plea agreement deferred until final disposition hearing by district judge.
- [x] Sentencing Date: **to be notified**
- [x] Defendant to Remain in Custody
- [ ] Present conditions of release continued    [ ] Conditions changed to:
- [ ] Penalty for failure to appear explained
- [x] Presentence Report Ordered    [ ] Expedited (Type III)

Other Matters: VICTIM NOTIFIED AND PRESENT IN COURT.